MICHAEL J. DOTSKO v. SETON HALL UNIVERSITY.

June 8, 1982.

Petition for certification denied.

A & S ASSOCIATES, INC. v. SOS CONSOLIDATED,
INC.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEVITON.

June 8, 1982.

Petition for certification denied.

MELVIN FELDMAN v. NORMAN FELDMAN.

June 8, 1982.

Petition for certification denied.